FRANK H. SEVERA v. BOARD OF REVIEW.

July 14, 1981.

Petition for certification denied.

ANGELO CIGOLINI v. AL OLSHAN.

July 14, 1981.

ORDERED that the motion for leave to appeal is granted, the portion of the March 5, 1981 order of the Superior Court, Chancery Division under review is summarily reversed and the matter is remanded to that court to permit the filing of defendant's counterclaim and cross-claim. Jurisdiction is not retained.

MARLTON MEETING CONDOMINIUM ASSOCIATION, INC.
v. CROPWELL COMPANY, INC.

July 14, 1981.

ORDERED that the motion for leave to appeal is granted, the February 13, 1981 order of the Superior Court, Chancery Division, is summarily reversed insofar as the award of $2,500 in "costs" and the matter is remanded to that court for a hearing to establish the actual amount of costs and for an order awarding those costs to defendants.